ISABELLA MORRIS, appellant,

*v.*

BENJAMIN F. DORSEY et al., respondents.

[Argued June 26th, 1912. Decided November 18th, 1912.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in 77 *N. J. Eq.* (*7 Buch.*) *460.*

*Mr. John J. Crandall,* for the appellant.

*Mr. Ralph W. E. Donges,* for the respondents.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Leaming filed in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY—12.

*For reversal*—None.